IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GRANT SAMPSON MOORE,

     Appellant,

 v.

STATE OF FLORIDA,

     Appellee.

Case No. 5D21-1767
LT Case Nos. 2020-CF-019249-A
             2020-CF-022320-A
             2020-CF-022750-A
             2020-CF-032417-A

_____/

Opinion filed October 21, 2022

Appeal from the Circuit Court
for Brevard County,
David C. Koenig, Judge.

Matthew J. Metz, Public Defender, and
Robert J. Pearce, III, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

In this Anders[1] appeal, we affirm Appellant's judgments and sentences. However, from our review of the record, it appears that in each of his four cases, Appellant was assessed additional court costs pursuant to section 318.18(11)(b), Florida Statutes (2018), even though he was not charged with a traffic offense. That statute does not authorize the costs assessed.

Brevard County has been granted the authority to assess these particular costs (on non-traffic charges) by Chapter 87-423, 7(1)(a), Laws of Florida, as locally codified in Brevard County, Florida, Chapter 218, Article 1, section 218.2 (2022). We remand these cases back to the trial court with instructions to correct the judgments to reflect citation to the proper authority for assessment of these costs.

AFFIRMED, REMANDED with instructions.

LAMBERT, C.J., EDWARDS, and HARRIS, JJ., concur.

---

[1] Anders v. California, 386 U.S. 738 (1967).